# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Tracking of:<br><br>Cellular Telephone Number (702) 801-3168 (TT-2) | Case No. 2:21-mj-000644-NJK<br><br>**SEALED ORDER** |

On July 27, 2021, the undersigned issued a tracking warrant in this matter. To date, the Government has not provided a return. Accordingly, no later than March 14, 2022, the Government is hereby **ORDERED** to provide to the chambers of the undersigned a return with the required information.

The Clerk's Office is **INSTRUCTED** to deliver a copy of this order to the United States Attorney's Office. It appears that the assigned Assistant United States Attorney is Joshua Brister.

IT IS SO ORDERED.

Dated: February 28, 2022

                                                             Nancy J. Koppe
                                                            United States Magistrate Judge