

FILED

FEB 2 8 2022

US DISTRICT COURT
DISTRICT OF NEVADA

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1   CHRISTOPHER CHIOU
    Acting United States Attorney
2   District of Nevada
    Nevada Bar Number 14853
3   JOSHUA BRISTER
    Assistant United States Attorney
4   501 Las Vegas Boulevard South
    Suite 1100
5   Las Vegas, Nevada 89101
    702-388-6370 (phone)
6   702-388-5087 (fax)
    joshua.brister@usdoj.gov
7   *Attorney for the United States of America*

**FILED**

**FEB 2 8 2022**

**US DISTRICT COURT**
**DISTRICT OF NEVADA**

8              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
9

10  IN THE MATTER OF THE                        Case No. 2:21-mj-641-NJK
    APPLICATION OF THE UNITED
11  STATES OF AMERICA FOR AN                    **Motion to Unseal**
    ORDER AUTHORIZING THE
12  INSTALLATION AND USE OF A PEN
    REGISTER, TRAP AND TRACE
13  DEVICE AND CALLER
    IDENTIFICATION SERVICE,
14  RELEASE OF SUBSCRIBER
    INFORMATION, AND PROSPECTIVE
15  CELL SITE TRACKING ON
    CELLULAR TELEPHONE NUMBER
16  702-902-9525 (TT-1).

17  IN THE MATTER OF THE                        Case No. 2:21-mj-644-NJK
    APPLICATION OF THE UNITED
18  STATES OF AMERICA FOR AN                    **Motion to Unseal**
    ORDER AUTHORIZING THE
19  INSTALLATION AND USE OF A PEN
    REGISTER, TRAP AND TRACE
20  DEVICE AND CALLER
    IDENTIFICATION SERVICE,
21  RELEASE OF SUBSCRIBER
    INFORMATION, AND PROSPECTIVE
22  CELL SITE TRACKING ON
    CELLULAR TELEPHONE NUMBER
23  702-801-3168 (TT-2).

1    The United States of America, by Christopher Chiou, Acting United States

2    Attorney, and Joshua Brister, Assistant United States Attorney, moves for an Order to

3    unseal the above captioned case numbers.

4        This legal process for TT-1 and TT-2 was authorized by the Honorable Nancy J.

5    Koppe, United States Magistrate Judge, District of Nevada, on July 27, 2021, and sealed at

6    that time to protect the integrity of an ongoing investigation.  That investigation has

7    resulted in an indictment that is now pending.

8        The Government seeks to unseal the above captioned matters so that documents can

9    be provided in discovery.

10        DATED this 23rd day of February, 2022.

11                                        Respectfully submitted,

12                                        CHRISTOPHER CHIOU
                                          Acting United States Attorney
13                                        District of Nevada

14

15                                        _Joshua Brister_
                                          _____
16                                        JOSHUA BRISTER
                                          Assistant United States Attorney

17

18

19

20

21

22

23

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, RELEASE OF SUBSCRIBER INFORMATION, AND PROSPECTIVE CELL SITE TRACKING ON CELLULAR TELEPHONE NUMBER 702-902-9525 (TT-1). | Case No. 2:21-mj-641-NJK<br><br>**Order to Unseal** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, RELEASE OF SUBSCRIBER INFORMATION, AND PROSPECTIVE CELL SITE TRACKING ON CELLULAR TELEPHONE NUMBER 702-801-3168 (TT-2). | Case No. 2:21-mj-644-NJK<br><br>**Order to Unseal** |

**FILED**

FEB 2 8 2022

US DISTRICT COURT
DISTRICT OF NEVADA

Based upon the Motion of the Government, and good cause appearing, **IT IS**

**HEREBY ORDERED** that the above captioned matters and all documents filed therein

are unsealed.

DATED this _____ day of February, 2022.

THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

3